## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Civil Action Number: 1:17-cv-07951**

ANCEL MONTENELLI,

    Plaintiff,

vs.

SCATCHELL'S BEEF STAND, INC.
d/b/a SCATCHELL'S BEEF & PIZZA
and JOHN DOE,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Ancel Montenelli, hereby gives notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request forty-five (45) days to file a stipulation of dismissal with this Court.

Dated: January 23, 2018

                                              *s/ Scott R. Dinin*
                                              Scott R. Dinin, Esq.
                                              Scott R. Dinin, P.A.
                                              4200 NW 7th Avenue
                                              Miami, FL 33127
                                              Tel: (786) 431.1333
                                              Fax: (786) 513-7700
                                              E-mail: inbox@dininlaw.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2018, the foregoing document was filed electronically with the Clerk of Court using CM/ECF and a copy sent via e-mail to:

Marcia Owens, Esq.
200 South Wacker Drive, Suite 3800
Chicago, Illinois 60606
E-mail: owens@htl-law.com
*Counsel for Defendant*

                                                                               *s/ Scott R. Dinin*