UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Civil Action Number: 1:17-cv-07951**

ANCEL MONTENELLI,

    Plaintiff,

vs.

SCATCHELL'S BEEF STAND, INC.
d/b/a SCATCHELL'S BEEF & PIZZA
and JOHN DOE,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 9th day of March, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Marcia Owens* |
| Scott R. Dinin, Esq. | Marcia Owens, Esq. |
| SCOTT R. DININ, P.A. | Hamilton Thies & Lorch LLP |
| 4200 NW 7th Avenue | 200 South Wacker Drive, Suite 3800 |
| Miami, Florida 33127 | Chicago, Illinois 60606 |
| Tel: (786) 431-1333 | E-mail: owens@htl-law.com |
| Fax: (786) 513-7700 | Tel: (312) 650-8660 |
| E-mail: inbox@dininlaw.com | Fax: (312) 650-8651 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |